THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARBARA CLARK, Appellant.—Judgment of the Supreme Court, Queens County, rendered September 11, 1975, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Latham, Acting P. J., Margett, Rabin, Titone and Hawkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL GONZALES, Appellant.—Appeal by defendant, from a judgment of the Supreme Court, Queens County, rendered March 11, 1974, convicting him of attempted burglary in the third degree, upon his plea of guilty, and imposing sentence in accordance with section 70.06 (subd 3, par [d]; subd 4) of the Penal Law. Judgment affirmed. The statute governing sentencing of second felony offenders does not violate defendant's right to equal protection of the laws. The constitutionality of such statutes has long been established (see *People v Brown,* 54 AD2d 585; *People v Butler,* 46 AD2d 422). Cohalan, Acting P. J., Margett, Damiani, Rabin and Hawkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD GUTTER, Appellant.—Appeal by defendant (1) as limited by his brief, from an amended sentence of the Supreme Court, Richmond County, imposed November 26, 1975, and (2) from a judgment of the same court, rendered January 13, 1976, convicting him of criminal sale of a controlled substance in the third degree, upon a plea of guilty, and imposing sentence. Judgment affirmed. No opinion. Amended sentence reversed, on the law, and case remanded to Criminal Term for resentence in compliance with section 70.00 (subd 3, par [b]) of the Penal Law. The record discloses that the sentencing court failed to set forth its reasons for imposing a minimum sentence, as is required by section 70.00 (subd 3, par [b]) of the Penal Law. Therefore, defendant should be resentenced (see *People v Healey,* 46 AD2d 691). Hopkins, Acting P. J., Martuscello, Latham and Hawkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSIE ELAINE HARRIS, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered December 18, 1975, convicting her of criminal sale of a controlled substance in the third degree, upon her plea of guilty, and imposing sentence. Case remitted to Criminal Term to hear and report on whether defendant, prior to entering her plea of guilty, had been advised by her trial attorney of the possibility of an "agency" defense, and appeal held in abeyance in the interim. The record is presently silent on whether defendant's trial attorney advised her as to the "agency" defense. The facts which will be brought out at the hearing may shed some light on whether defendant's plea of guilty was knowingly and intelligently made. Margett, Damiani, Rabin and Hawkins, JJ., concur; Cohalan, Acting P. J., dissents and votes to affirm the judgment.